PROVIDED TO
HAMILTON CI
MAR 01 2023
RECEIVED BY [signature]
FOR MAILING

Copy 2oFd.                                    February 28, 2023

STATE OF: FLORIDA                United States District Court
COUNTY OF: HAMILTON              Middle District of Florida
                                 Office of The Clerk
                                 300 N. Hogan St. Suite 9-150
                                 Jacksonville, Florida
                                     32202-4271

SWORN AFFIDAVIT        (LIFE IN DANGER):
                       (Obstruction of Justice):

ATTN: ALL FEDERAL JUDGES OF THIS FEDERAL COURTHOUSE I HAVE BEEN REPEATEDLY TARGETED By OFFICIALS IN H-Dormitory CONFINEMENT AS AND ACT OF RETALIATION/REPRISAL FOR REPORTING THESE OFFICIALS MISCONDUCT AT This INSTITUTION.

ON Feb. 27, 2023 C/O G. Gabrielli, Who's mother is And Asst. Warden, Come To my Assigned Cell H2111 APProx 9:30 A.M., And Stated I Had A Medical Call-Out, He Pulled myself From The Cell And refused to Lock The Cell door behind me - Which F.A.C. Policy; Procedure Require Any time A inmate is removed From A cell in A Confinement Unit, it Must be Two(2) officials Present, And The cell door must be closed behind The inmate escorted From the cell.

A C/O E. HARPER, CAME TO THE CELL APPROX (10) TEN Minutes LATER And Asked What the Problem Was, I Told Him I Need To Speak to A Lt. or above Concerning The forementioned. C/O Harper Threatend myself I'm Not eating, "Their" Placing myself ON "SCRIPT STATUS" So I CANT CONTACT Anyone Outside Reporting Them, Left the Cell And Went And GOT Lt. J. Billard. Lt. "white shirt, Put it ON Himself Over His C/O Uniform, And Stated, "I'm The White Shirt." J. Billard And

1 oF 3

G. Gabrielli, Came in Approx Three Minutes Later laughing, Stating, They dont Give A Fuck About F.A.C. "Rules" A "White Shirt" Nor Black Shirt, Fuck The Rule, And it CAN be addressed to the Warden, Inspector General or Whoever, They Not doing Any Fucking Thing but what they Want to do, But, report it to the Warden, Their Gona Show me, "He dont run Shit!"

NOTE: HARPER, HAS RECENTLY BEEN PLACED IN THE CIRCUIT COURT FOR VOYERISM VIA INJUNCTION, As Theres A Lot of Undercover homosexuals officials at this Institution. A Federal Injunction is being Prepared To initiate Against all Named here As This is a daily repeated Situation, And Their repeated Constitutional Violations Have been reported to the F.B.I. Along With MAIL CARRIER (B.B.) Who obstructs Outgoing Legal Mail AGAINST THEM FOR THEM ON A DAILY BASIS HAS been brought to her Supervisor Attention S. Owen, Repeatedly, And I Retain A Certified Copy Provided To my Attorney Stamped As Provided to Her For MAILING WITH HER Initials ON SAID. C/O Harper, Has cahooted With other officials in this Confinement With other officials To Cause myself Physical Harm For reporting his Daily Staring at my Genticals, I Warned Him if he Continued That Outside Entities Would be Contacted, And I'm Far From Finished!

Inspector General office "Never" investigate these Staff at Hamilton Annex, THE COLONEL IS IN CAHOOTS WITH The Reported abuse, Not only Am I Reporting These Daily Constitutional Violations To Numberous Outside enities For Any Kind of And Federal Investigation As Ricky D. Dixion, Secretary of F.D.O.C. dont Care neither, yet, its MAIL CARRIERS AS (B.B.) That Need To Be Federally Charged With the Crime of Obstructing Justice, And Harper, Gabrielli, & Billard Need to be Charged And Will

Continue to be reported by myself And these other inmates when and IF (B.B.) decides to MAIL SOME OF it Out! My Life in danger Under the threats and Acts of These Corrupt officials Named in this affidavit.

### CERTIFICATE OF SERVICE

I, Andre L. SHEFFIELD #116194, Do Hereby Certify, THAT A True and Correct Copy of This Sworn Affidavit Has been Placed In the Hands of Hamilton C.I. MAIL CARRIER (B.B.) For Mailing To: U.S. District Court, Middle District of Florida office of The Clerk, 300 N. Hogan ST. Suite 9-150, Jacksonville, Florida, 32202-4271 ON THIS 28th day of February 2023.

/s/ Andre Sheffield
Andre Sheffield #116194
Hamilton C.I./Annex
10650 S.W. 46th Street
JASPER, FLORIDA
32052